UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ALBERT YBARRA,
Plaintiff,

v.

LINDE GAS & EQUIPMENT, INC., et al.,
Defendants.

Case No. 26-cv-08746-VKD

**ORDER DIRECTING PLAINTIFF TO APPEAR AND SHOW CAUSE RE FAILURE TO COMPLY WITH COURT ORDER**

On October 26, 2026, the Court issued an order directing plaintiff to file a response by October 28, 2026 "stating a date certain by which he will serve defendants Chicca and Scott." Dkt. No. 17. Plaintiff failed to respond, and the deadline has passed. Meanwhile, the docket does not reflect that either of the individual defendants has been served.

Accordingly, plaintiff's attorney, Daniel R. Bartley, shall appear before the Court on **November 10, 2026**, **in person,** at 10:00 a.m. in Courtroom 2, Fifth Floor of the United States District Court, 280 South First Street, San Jose, California 95113, to advise the Court of the status of service on defendants Chicca and Scott and to show cause why he should not be sanctioned for failure to comply with the Court's October 26, 2026 order.

**IT IS SO ORDERED.**

Dated: October 30, 2026

Virginia K. DeMarchi
United States Magistrate Judge